[No. 12558–3–I.   Division One.   February 27, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
ANTHONY JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 82–1–02591–3, David C. Hunter, J., entered December 7, 1982. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Ringold, JJ.